# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4045
_____

CHRISTOPHER K. TALBERT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

February 22, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher K. Talbert, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.